UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

BUBBLE GUM PRODUCTIONS, LLC,
    Plaintiff,

vs.

DOES 1 – 80,

    Defendants.
_____/

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff Bubble Gum Productions, LLC does not have a parent corporation. No public held company owns 10% or more of Plaintiff's stock.

Respectfully submitted,

Bubble Gum Productions, LLC

DATED: January 27, 2012

By:   /s/ Joseph Perea
       Joseph Perea (Bar No. 47782)
       Prenda Law Inc.
       1111 Lincoln Road, Suite 400
       Miami Beach, Florida 33139
       Telephone: (305) 748-2102
       Telecopier: (305) 748-2103
       joperea@wefightpiracy.com
       *Attorney for Plaintiff*