# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 108.9.118.50 | Verizon Online | 2011-12-16 23:01:57 |
| 108.9.57.170 | Verizon Online | 2011-12-15 04:17:29 |
| 173.169.77.126 | Bright House Networks | 2012-01-09 08:11:15 |
| 173.170.173.142 | Bright House Networks | 2012-01-03 19:41:50 |
| 173.170.199.211 | Bright House Networks | 2011-12-15 23:24:49 |
| 173.170.35.62 | Bright House Networks | 2011-12-15 17:04:22 |
| 173.170.39.78 | Bright House Networks | 2012-01-17 14:35:08 |
| 173.78.113.99 | Verizon Online | 2011-12-14 01:21:43 |
| 173.78.3.222 | Verizon Online | 2012-01-16 19:33:11 |
| 174.48.166.34 | Comcast Cable Communications | 2011-12-15 14:37:11 |
| 174.48.196.13 | Comcast Cable Communications | 2011-12-14 01:09:43 |
| 184.5.57.246 | Embarq Corporation | 2012-01-03 01:33:35 |
| 184.88.11.251 | Bright House Networks | 2011-12-30 19:16:01 |
| 184.88.120.112 | Bright House Networks | 2011-12-17 01:05:40 |
| 184.91.118.234 | Bright House Networks | 2011-12-14 00:33:03 |
| 184.91.152.207 | Bright House Networks | 2011-12-15 06:29:36 |
| 50.89.116.228 | Bright House Networks | 2011-12-14 17:21:30 |
| 50.9.117.197 | Clearwire US | 2011-12-16 14:03:42 |
| 66.229.158.202 | Comcast Cable Communications | 2011-12-14 00:10:32 |
| 66.229.174.44 | Comcast Cable Communications | 2011-12-24 05:58:46 |
| 66.229.175.20 | Comcast Cable Communications | 2011-12-20 10:23:26 |
| 67.235.124.186 | Embarq Corporation | 2012-01-22 10:21:41 |
| 67.77.173.88 | Embarq Corporation | 2011-12-14 04:50:37 |
| 67.8.147.13 | Bright House Networks | 2012-01-23 18:04:54 |
| 67.8.151.1 | Bright House Networks | 2011-12-18 02:14:53 |
| 68.200.214.187 | Bright House Networks | 2011-12-14 20:43:04 |
| 68.200.237.26 | Bright House Networks | 2012-01-20 07:59:06 |
| 68.202.128.63 | Bright House Networks | 2012-01-09 16:23:14 |
| 68.202.27.138 | Bright House Networks | 2011-12-15 19:31:00 |
| 68.202.43.236 | Bright House Networks | 2011-12-20 15:59:19 |
| 68.204.50.101 | Bright House Networks | 2011-12-19 18:21:05 |
| 68.204.83.56 | Bright House Networks | 2012-01-08 08:56:54 |
| 68.205.212.108 | Bright House Networks | 2011-12-20 18:33:32 |
| 68.205.222.137 | Bright House Networks | 2012-01-07 11:51:34 |
| 68.35.245.223 | Comcast Cable Communications | 2012-01-26 15:29:51 |
| 68.62.253.215 | Comcast Cable Communications | 2011-12-22 02:47:27 |
| 69.254.35.249 | Comcast Cable Communications | 2011-12-30 21:52:15 |
| 70.119.231.122 | Bright House Networks | 2012-01-21 13:46:07 |
| 70.146.41.218 | BellSouth.net | 2011-12-29 06:19:14 |
| 70.149.50.150 | BellSouth.net | 2011-12-29 05:21:56 |
| 71.203.129.170 | Comcast Cable Communications | 2012-01-05 00:09:41 |
| 71.203.53.107 | Comcast Cable Communications | 2012-01-20 08:14:28 |
| 71.229.98.213 | Comcast Cable Communications | 2012-01-04 21:48:45 |
| 71.55.207.112 | Embarq Corporation | 2011-12-31 18:15:21 |
| 72.185.145.132 | Bright House Networks | 2012-01-18 01:48:42 |
| 72.185.238.198 | Bright House Networks | 2011-12-14 16:20:00 |

| IP Address | ISP | Date/Time |
|---|---|---|
| 72.187.251.184 | Bright House Networks | 2012-01-05 00:07:23 |
| 72.187.80.221 | Bright House Networks | 2011-12-21 22:07:15 |
| 72.188.110.9 | Bright House Networks | 2011-12-16 17:55:11 |
| 72.188.96.64 | Bright House Networks | 2011-12-31 06:21:14 |
| 72.189.199.107 | Bright House Networks | 2012-01-03 05:29:53 |
| 72.189.219.253 | Bright House Networks | 2011-12-14 03:51:32 |
| 72.91.106.147 | Verizon Online | 2011-12-13 23:42:22 |
| 72.91.93.17 | Verizon Online | 2012-01-14 01:22:48 |
| 74.163.238.190 | BellSouth.net | 2011-12-29 07:16:11 |
| 74.167.118.38 | BellSouth.net | 2011-12-20 05:00:06 |
| 74.236.92.167 | BellSouth.net | 2011-12-19 19:02:55 |
| 75.200.122.110 | Cellco Partnership DBA Verizon Wireless | 2011-12-18 19:51:16 |
| 75.201.243.141 | Cellco Partnership DBA Verizon Wireless | 2012-01-18 23:35:15 |
| 76.108.127.25 | Comcast Cable Communications | 2012-01-02 18:07:39 |
| 76.109.229.6 | Comcast Cable Communications | 2011-12-22 03:39:02 |
| 76.111.201.41 | Comcast Cable Communications | 2011-12-17 01:06:20 |
| 76.123.105.100 | Comcast Cable Communications | 2012-01-12 06:57:37 |
| 76.29.200.159 | Comcast Cable Communications | 2011-12-24 06:30:27 |
| 96.252.156.112 | Verizon Online | 2012-01-23 08:50:33 |
| 96.254.79.140 | Verizon Online | 2011-12-17 22:08:52 |
| 97.100.74.155 | Bright House Networks | 2011-12-28 00:56:38 |
| 97.101.154.198 | Bright House Networks | 2011-12-19 17:57:04 |
| 97.103.173.169 | Bright House Networks | 2011-12-27 21:37:10 |
| 97.104.220.34 | Bright House Networks | 2011-12-14 00:40:58 |
| 97.104.93.221 | Bright House Networks | 2011-12-29 11:16:58 |
| 97.76.61.2 | Bright House Networks | 2012-01-21 23:06:36 |
| 97.78.91.17 | Bright House Networks | 2012-01-05 04:21:15 |
| 97.96.13.17 | Bright House Networks | 2012-01-14 01:04:40 |
| 98.230.78.29 | Comcast Cable Communications | 2011-12-14 22:57:01 |
| 98.238.124.15 | Comcast Cable Communications | 2011-12-14 22:40:39 |
| 98.238.93.154 | Comcast Cable Communications | 2011-12-29 04:28:29 |
| 98.244.220.86 | Comcast Cable Communications | 2012-01-25 22:08:38 |
| 98.254.166.76 | Comcast Cable Communications | 2012-01-18 01:48:43 |
| 98.77.164.26 | BellSouth.net | 2011-12-14 00:04:02 |