CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. 12-20367-CIV  Date 4/3/12
Clerk Alicia Welch  Reporter David Ehrlich
In-Court Time 1 hour

Pl. Atty. Joseph Perea, Esq. — appeared by telephone

Def. Atty. *
* Defendants have not yet been served with the summons and complaint
Style: Bubble Gum Productions, LLC v. Does 1-80

Reason for Hearing Oral argument on Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference [DE 6]
Results of Hearing Oral argument continued until April 5, 2012 at 2 p.m. Counsel shall be present in the courtroom and witness Peter Hansmeier shall appear by video conference.

Misc.