CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. 12-20367-CIV    Date 4/5/12
Clerk Alicia Welch    Reporter David Ehrlich
In-Court Time 1 hour

Pl. Atty. Joseph Perea, Esq.

Def. Atty. Defendants have not yet been served.

Style: Bubble Gum Productions, LLC v. Does 1-80

Reason for Hearing Continued hearing on Plaintiff's motion for leave to Take Discovery Prior to Rule 26(f) Conference [DE 6]
Results of Hearing Order to follow.

Misc.