APR-17-2012  17:23      C T CORP SYS DC                          202 572 9633    P.02

AO 88B (Rev 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| BUBBLE GUM PRODUCTIONS, LLC<br>*Plaintiff*<br>v.<br>DOES 1-80<br>*Defendant* | )<br>)<br>)  Civil Action No.   1:12-cv-20367-PAS<br>)<br>)  (If the action is pending in another district, state where:<br>)   Southern District of Florida            ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Subpoena Compliance/Custodian of Records: Verizon Online, LLC c/o CT Corporation System: 1015 15th St., NW, Suite 1000, Washington DC 20005.

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: In accordance with the conditions in the attached order, provide the name, current (and permanent) addresses, and Media Access Control addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide data to you in the most efficient and cost effective format if you let us know what your preferred format is.

| Place: Prenda Law<br>2100 M St. Northwest, Ste 170-417<br>Wahington DC 20037-1233 | Date and Time:<br>07/23/2012 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   04/06/2012

*CLERK OF COURT*

                                              OR               *[signature]*

*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
Bubble Gum Productions, LLC                   , who issues or requests this subpoena, are:
Paul Duffy, Prenda Law, Inc.: 161 N. Clark St. Suite 3200, Chicago IL 60601; paduffy@wefightpiracy.com; (312) 880-9160