UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20367-CIV-SEITZ/SIMONTON

BUBBLE GUM PRODUCTIONS, LLC,

    Plaintiff,

v.

DOES 1-80,

    Defendants.
_____/

## ORDER GRANTING DOE 1'S MOTION TO FILE REFILED MOTION TO QUASH UNDER SEAL

THIS MATTER came before the Court upon Doe 1's Motion to File Refiled Motion to Quash Under Seal. [DE 29]. In the Refiled Motion to Quash, Doe 1 contends that the subpoena issued to her Internet Service Provider ("ISP") should be quashed and Doe 1's identifying information not released to Plaintiff. As such, Doe 1, who is proceeding *pro se*, requests that the Refiled Motion to Quash be filed under seal to prevent Plaintiff from obtaining Doe 1's identifying information, some of which is contained in the Motion. Upon review, it is

ORDERED THAT

(1) Doe 1's Motion to File Refiled Motion to Quash Under Seal is GRANTED. [DE 29].

(2) The Clerk of Court is DIRECTED to file under seal Doe 1's Refiled Motion to Quash. [DE 30].

(3) Doe 1 must serve Plaintiff's counsel with a copy of her Refiled Motion to Quash as all papers filed with the Court must also be served on opposing counsel to give Plaintiff the opportunity to respond. Doe 1 may serve Plaintiff's counsel in any manner set forth in Fed. R. Civ. P. 5(b).

However, Doe 1 may redact identifying information from papers served on Plaintiff's counsel.

Plaintiff's counsel's contact information is as follows:

Joseph Perea, Esq.
Joseph Perea, P.A.
9100 South Dadeland Blvd., Suite 1500
Miami, FL 33156
305-934-6215

DONE and ORDERED in Miami, Florida, this 14th day of June, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   Honorable Andrea M. Simonton
      Counsel of Record
      Doe 1