UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20367-CIV-SEITZ/SIMONTON

BUBBLE GUM PRODUCTIONS, LLC,

    Plaintiff,

v.

DOES 1 -80,

    Defendants.
_____/

```
FILED by_____D.C.
JUN 27 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI
```

## ORDER STRIKING REFILED MOTION TO QUASH [DE 30]

THIS MATTER is before the Court upon a review of the docket sheet. Defendant J. Doe 173.78.113.99, proceeding *pro se*, filed a Motion to Quash, [DE 16], which was stricken by the Court with leave to refile. [DE 21]. Thereafter, the Court received a Motion for Leave to file the Refiled Motion to Quash Under Seal from J. Doe 173.78.113.99. [DE 29]. Before the Court ruled on that motion,[1] J. Doe 173.78.113.99, through counsel, filed an Amended Motion to Sever/Dismiss and for a Protective Order and/or to Quash Subpoena. [DE 27]. In a footnote in the Motion, J. Doe 173.78.113's counsel states that the Motion is meant to be the active motion for J. Doe 173.78.113. [DE 27 at fn. 1]. Accordingly, upon review, it is

ORDERED THAT

The Refiled Motion to Quash [DE 30] is STRICKEN.

DONE and ORDERED in Miami, Florida, this 27 day of June, 2012.

                                            PATRICIA A. SEITZ
                                            UNITED STATES DISTRICT JUDGE

cc:   Honorable Andrea M. Simonton
      Counsel of Record

---

[1] The Court subsequently granted leave for Plaintiff to file the Refiled Motion to Quash Under Seal, [DE 29], and the Refiled Motion was filed under seal. [DE 30].