IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BUBBLE GUM PRODUCTIONS, LLC,

        Plaintiff,

v.

DOES 1-80,

        Defendants.
_____/

Case No. 1:12-cv-20367-PAS

## NOTICE OF NON-COMPLIANCE WITH COURT ORDER [DE 40]

John Doe 67.77.173.88,[1] by and through undersigned counsel, hereby notifies the Court of Plaintiff's failure to comply with the requirements of this Court's July 19, 2012 *Omnibus Order Granting Defendants' Motions to Sever, Dismissing the Claims Against Does 2-80 Without Prejudice, and Vacating the Portion of the Court's Order Granting Early Discovery as to Does 2-80* (the "Dismissal Order"). Specifically, the Dismissal Order severed and dismissed John Does 2-80 from the suit, and required Plaintiff to notify the court "which IP Address belongs to Doe Defendant One." *Id.* at 11. Despite these developments, Plaintiff's counsel, on July 23, 2012, after this Court's Dismissal Order, sent a threatening demand letter to John Doe 67.77.173.88 representing that the proceeding was ongoing against all 80 Doe Defendants in this case and that John Doe 67.77.173.88: "In exchange for a comprehensive release of all legal claims in this matter, which will enable you to avoid becoming a named Defendant in our lawsuit, our firm is authorized to accept the sum of $3,400.00 as full settlement for the claims." *See* **Exhibit A** hereto (letter redacted to exclude personal information). While it is unclear when Plaintiff's counsel obtained the identifying information used to send this letter, it was apparently obtained pursuant to the now-vacated subpoena. Dismissal Order at 11. The undersigned brings

---

[1] Throughout this notice, the John Doe is identified by his/her IP Address so as to remain anonymous.

this activity to the Court's attention in order to provide the Court with the opportunity to take any steps it deems just and proper.[2]

          Respectfully submitted,

          LALCHANDANI SIMON PL

          By: /s/ Kubs Lalchandani
          Danny Simon
          Florida Bar No.: 0016244
          danny@lslawpl.com
          Kubs Lalchandani
          Florida Bar No.: 0063966
          kubs@lslawpl.com
          25 SE 2nd Avenue
          Suite 1050
          Miami, Florida 33131
          Tel:   (305) 999-5291
          Fax:   (305) 671-9282
          *Attorneys for John Doe 67.77.173.88*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing as of July 27, 2012.

          By: /s/ Daniel J. Simon
              Danny Simon, Esq.

---

[2] In similar circumstances, another District Court required a mass-Bittorent plaintiff to destroy all information it had obtained pursuant to early discovery. *Order to Prevent the Misuse of Discovery*, *First Time Videos, LLC v. Does 1-46*, Case No. H-11-4331 (S.D. Texas June 8, 2012), attached hereto as **Exhibit B**.