| United States District Court | Southern District of Texas |
|---|---|

First Time Videos, LLC, §
§
    Plaintiff, §
§
versus §   Civil Action H-11-4431
§
Does 1-46, §
§
    Defendant. §

## Order to Prevent the Misuse of Discovery

    First Time Videos sued 46 Does then used pre-trial discovery to search for actual defendants. After it had obtained the personal information of 15 people, it did not tell the court what it had discovered or how it had used that information.

    First Time has abused its opportunity for discovery. It has insufficiently cooperated with the court and now wants to abandon its claims without explanation.

    It may not use the information it has received; it must destroy it.

Signed on June 8, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge