UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-20367- PAS

BUBBLE GUM PRODUCTIONS, LLC.

    Plaintiff,

v.

DOES 1 – 80,

    Defendants.
_____/

**PLAINTIFF'S NOTICE IDENTIFYING DEFENDANT DOE ONE**

Plaintiff Bubble Gum Productions, LLC hereby submits this notice in compliance with the Court's July 19, 2012 order. (ECF No. 40.) The Court ordered that "Plaintiff must file a notice identifying which IP address belongs to Doe Defendant One." (*Id.* at 11.) Plaintiff hereby identifies Defendant Doe One as the individual associated with IP address 174.48.166.34 listed in Exhibit A to Plaintiff's Complaint. (ECF No. 1-3 at 2.)

Respectfully submitted,

Bubble Gum Productions, LLC

DATED: July 30, 2012

By:   /s/ Joseph Perea
      Joseph Perea, FBN 47782
      Joseph Perea, P.A.
      9100 S. Dadeland Blvd, Ste 1500
      Miami, Florida 33156
      Tel: 305-934-6215
      Fax: 305-396-8752
      E-mail: joperea@perealawfirm.com
      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on July 30, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                                                         /s/ Joseph Perea
                                                                                         JOSEPH PEREA