UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20367-CIV-SEITZ/SIMONTON

BUBBLE GUM PRODUCTIONS, LLC,

    Plaintiff,

v.

DOES 1 - 80,

    Defendants.
_____/

## ORDER REQUIRING PLAINTIFF TO DESTROY ANY INFORMATION IT OBTAINED AS TO DOES 2-80 PURSUANT TO THIRD PARTY SUBPOENAS AND TO RESPOND TO DOE 67.77.173.88'S NOTICE OF NON-COMPLIANCE WITH COURT ORDER

THIS MATTER came before the Court upon Doe 67.77.173.88's[1] Notice of Non-Compliance with Court Order. [DE 41]. Doe 67.77.173.88 states that after the Court issued its July 19, 2012 Order Granting Defendants' Motions to Sever, Dismissing the Claims Against Does 2-80 Without Prejudice, and Vacating the Portion of the Court's Order Granting Early Discovery as to Does 2-80, Plaintiff sent Doe 67.77.173.88 a demand letter. Upon review, it is

ORDERED THAT

(1) In accord with the Court's July 19, 2012 Order, [DE 40], Plaintiff shall immediately destroy all information it received as to Does 2-80 in response to the third party subpoenas issued in this case. Plaintiff shall not use the information for any purpose.

(2) No later than **August 9, 2012**, Plaintiff shall file a response to Doe 67.77.173.88's Notice of Non-Compliance with Court Order [DE 41].

DONE AND ORDERED in Miami, Florida, this 2nd day of August, 2012.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    Honorable Andrea M. Simonton
        Counsel of record

---

[1] Doe 67.77.173.88 is no longer a Defendant in this case as the Court dismissed all claims against Does 2-80 [DE 40], and Plaintiff has designated Doe 174.48.166.34 as Doe 1. [DE 43].