UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-20367- PAS

BUBBLE GUM PRODUCTIONS, LLC.

    Plaintiff,

v.

DOES 1 – 80,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER**

Plaintiff Bubble Gum Productions, LLC hereby submits this notice of compliance with the Court's order of July 19, 2012. (ECF No. 40.) The Court ordered that Plaintiff must "file a notice in this Court" indicating that it had "provide[d] a copy of this order to the ISPs to whom the subpoenas were issued no later than July 31, 2012." (*Id.* at 11.) Pursuant to the Court's order, Plaintiff timely mailed a copy of the Court's July 19 order to the relevant ISPs via First Class U.S. Mail, postage prepaid.

    Respectfully submitted,

    Bubble Gum Productions, LLC

DATED: August 6, 2012

    By:    /s/ Joseph Perea
    Joseph Perea, FBN 47782
    Joseph Perea, P.A.
    9100 S. Dadeland Blvd, Ste 1500
    Miami, Florida 33156
    Tel: 305-934-6215
    Fax: 305-396-8752
    E-mail: joperea@perealawfirm.com
    Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on August 6, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                                        /s/ Joseph Perea
                                                                        JOSEPH PEREA