UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-20367- PAS

BUBBLE GUM PRODUCTIONS, LLC.

    Plaintiff,

v.

JOHN DOE 1

    Defendant
_____/

**PLAINTIFF'S NOTICE
OF DISMISSAL OF DEFENDANT JOHN DOE 1 WITH PREJUDICE**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against John Doe 1. John Doe 1 has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

BUBBLE GUM PRODUCTIONS, LLC

**DATED:** October 1, 2012

By:    /s/ Joseph Perea
Joseph Perea (Bar No. 47782)
Joseph Perea, P.A.
9100 S. Dadeland Blvd, Suite 1500
Miami, Florida 33156
Telephone: (305) 934-6215
Facsimile: (305) 396-8752
E-mail: Joperea@perealawfirm.com
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

    /s/ Joseph Perea
Joseph Perea