UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20367-CIV-SEITZ/SIMONTON

BUBBLE GUM PRODUCTIONS, LLC,

    Plaintiff,

v.

DOES 1 -80,

    Defendants.
_____/

## ORDER DISMISSING CLAIMS AGAINST JOHN DOE 1 (IP Address 174.48.166.34) WITH PREJUDICE AND CLOSING CASE

THIS MATTER is before the Court upon Plaintiff's Notice of Dismissal of Defendant John Doe 1 with Prejudice. [DE 52]. Joe Doe 1 has been identified by the internet protocol address ("IP address") 174.48.166.34 [DE 43]. Previously, the Court dismissed without prejudice all claims against the other Defendants, namely Does 2-80 [DE 40]. Accordingly, upon review, it is

ORDERED that

(1) The claims against John Doe 1 (174.48.166.34) are DISMISSED WITH PREJUDICE.

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3) This CASE IS CLOSED.

DONE and ORDERED in Miami, Florida, this 2nd day of October, 2012.

                                                                        PATRICIA A. SEITZ
                                                                        UNITED STATES DISTRICT JUDGE

cc:    Honorable Andrea M. Simonton
        All counsel of record